# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
Filed: May 13, 2020

| | | |
|---|---|---|
| GERALD LENGKEEK, | * | UNPUBLISHED |
| Petitioner, | * | No. 19-1678V |
| v. | * | Special Master Dorsey |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | Notice of Voluntary Dismissal; Vaccine Rule 21(a). |
| Respondent. | * | |

## ORDER CONCLUDING PROCEEDINGS[1]

On May 6, 2020, petitioner filed a notice of voluntary dismissal, requesting that this claim be dismissed pursuant to Vaccine Rule 21(a)(1)(A). In accordance with this rule, this case is hereby **dismissed without prejudice**. The Clerk of Court is instructed that **judgment shall not enter** in the instant case pursuant to 42 U.S.C. § 300aa-21(a).

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Special Master

---

[1] Because this unpublished order contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this order on the website of the United States Court of Federal Claims', in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the order will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.